# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| STATE OF TEXAS; TEXAS RAILROAD COMMISSION, *Petitioners,* | )<br>)<br>)<br>) |
| v. | )<br>) |
| UNITED STATES DEPARTMENT OF TRANSPORTATION; PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION, *Respondents.* | )   Case No. 17-60189<br>)<br>)<br>)<br>)<br>) |

## PETITIONERS' UNOPPOSED MOTION FOR DISMISSAL OF PETITION FOR REVIEW AS MOOT

Pursuant to Federal Rule of Appellate Procedure 27 and Circuit Rule 27, Petitioners the State of Texas and the Railroad Commission of Texas hereby move for dismissal of the petition for review in this case as moot, with each party to bear its own costs. On February 12, 2020, Respondent the United States Pipeline and Hazardous Materials Safety Administration (PHMSA), Department of Transportation (DOT), published in the Federal Register a Final Rule to amend its minimum safety standards for underground natural gas storage. 85 Fed. Reg. 8104 (February 12, 2020). Pursuant to Federal Rule 27(a)(2)(B)(i), the Final Rule is attached to this motion. The Final Rule is effective on March 13, 2020.

The Final Rule amends the Interim Final Rule published on December 19, 2016. 81 Fed. Reg. 91860 (Dec. 2016). The Interim Final Rule is the subject of this

lawsuit. ECF No. 00513916885. The amendments in the Final Rule replace the challenged provisions of the Interim Final Rule, rendering them moot. Thus, this case is moot for lack of a live controversy. *See Houston Chronicle Publishing Co. v. City of League City*, 488 F.3d 613, 619 (5th Cir. 2007) ("it goes without saying that disputes concerning repealed legislation are generally moot"); *McCorvey v. Hill*, 385 F.3d 846, (5th Cir. 2004) ("suits regarding the constitutionality of statutes become moot once the statute is repealed"); *Sannon v. U.S.*, 631 F.2d 1247, 1250 ("That newly promulgated regulations immediately applicable to litigants in a given case can have the effect of mooting what once was a viable case is without doubt.").

**The undersigned has consulted with all parties and is informed that this motion for dismissal as moot is unopposed.** The Railroad Commission of Texas therefore prays that this Court grant this motion and dismiss the petition for review as moot.

>
> Respectfully submitted,
>
> **KEN PAXTON**
> Attorney General of Texas
>
> **JEFFREY C. MATEER**
> First Assistant Attorney General
>
> **DARREN L. MCCARTY**
> Deputy Attorney General for Civil Litigation
>
> **PRISCILLA M. HUBENAK**
> Chief, Environmental Protection Division

*/s/ Linda B. Secord*
LINDA B. SECORD
Assistant Attorney General
State Bar No. 17973400
Linda.Secord@oag.texas.gov

Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548, (MC-066)
Austin, Texas 78711-2548
Tel: (512) 463-2012
Fax: (512) 320-0911

COUNSEL FOR THE RAILROAD
COMMISSION OF TEXAS

**CERTIFICATE OF INTERESTED PERSONS**

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this court may evaluate possible disqualification or recusal.

| | |
|---|---|
| STATE OF TEXAS and TEXAS RAILROAD COMMISSION | Linda B. Secord, Assistant Attorney General<br>Direct: 512-475-4002<br>Email: linda.secord@oag.texas.gov<br>Fax: 512-320-0911<br>[COR LD NTC Government]<br>Office of the Attorney General<br>for the State of Texas<br>10th Floor<br>300 W. 15th Street<br>William P. Clements Building<br>Austin, TX 78701 |

|  | Mark Andrew Steinbach<br>Assistant Attorney General<br>Direct: 512-475-4019<br>Email: mark.steinbach@oag.texas.gov<br>[COR NTC Government]<br>Office of the Attorney General of Texas<br>Environmental Protection Division<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
|---|---|
|  | The Honorable Elaine Chao<br>U.S. Secretary of Transportation<br>Office of the Secretary<br>1200 New Jersey Avenue, S.E.<br>Washington, D.C. 20590 |
| AMERICAN GAS ASSOCIATION | Michael L. Murray<br>Direct: 202-824-7071<br>Email: mmurray@aga.org<br>Fax: 202-824-9132<br>[COR LD NTC Retained]<br>American Gas Association<br>Suite 450<br>400 N. Capitol Street, N.W.<br>Washington, DC 20001-0000 |
| INTERSTATE NATURAL GAS<br>ASSOCIATION OF AMERICA | Yvonne Y. Ho, Esq.<br>Direct: 713-221-1369<br>Email: yvonne.ho@bracewell.com<br>Fax: 800-404-3970<br>[COR LD NTC Retained]<br>Bracewell, L.L.P.<br>Suite 2300<br>711 Louisiana Street<br>S. Pennzoil Plaza<br>Houston, TX 77002 |
|  | Brittany M. Pemberton<br>Direct: 202-828-1708 |

4

|  |  |
|---|---|
|  | Email: brittany.pemberton@bracewell.com<br>[COR NTC Retained]<br>Bracewell, L.L.P.<br>Suite 900<br>2001 M Street, N.W.<br>Washington, DC 20036 |
| UNITED STATES DEPARTMENT OF TRANSPORTATION | Bradley Hinshelwood, Trial Attorney<br>Direct: 202-514-7823<br>Email: bradley.a.hinshelwood@usdoj.gov<br>Fax: 202-514-8151<br>[COR LD NTC Government]<br>U.S. Department of Justice<br>Suite 7256<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530<br><br>Joseph Forrest Busa<br>Direct: 202-353-0261<br>Email: Joseph.F.Busa@usdoj.gov<br>Fax: 202-514-7964<br>[COR NTC Government]<br>U.S. Department of Justice<br>Civil Division, Appellate Section<br>Suite 7537<br>950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530<br><br>Elaine L. Chao, Secretary, U.S. Department of Transportation<br>Direct: 202-366-4000<br>[NTC For Information Only]<br>U.S. Department of Transportation<br>400 7th Street, S.W.<br>Washington, DC 20590<br><br>John Drake<br>[NTC For Information Only]<br>U.S. Department of Transportation<br>Pipeline & Hazardous Materials Safety |

5

|  |  |
|---|---|
|  | Administration<br>2nd Floor<br>1200 New Jersey Avenue, S.E.<br>East Building<br>Washington, DC 20590<br><br>Paul Maitland Geier, Esq., Assistant General Counsel<br>Direct: 202-336-9273<br>Email: paul.geier@dot.gov<br>Fax: 202-493-0154<br>[NTC For Information Only]<br>U.S. Department of Transportation<br>Room W94-310<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20530 |
| PIPELINE AND HAZARDOUS MATERIALS SAFETY ADMINISTRATION | Bradley Hinshelwood, Trial Attorney<br>Direct: 202-514-7823<br>[COR LD NTC Government]<br>(see above)<br>Joseph Forrest Busa<br>Direct: 202-353-0261<br>[COR NTC Government]<br>(see above)<br><br>Elaine L. Chao, Secretary, U.S. Department of Transportation<br>Direct: 202-366-4000<br>[NTC For Information Only]<br>(see above)<br><br>John Drake<br>[NTC For Information Only]<br>(see above)<br><br>Paul Maitland Geier, Esq., Assistant General Counsel<br>Direct: 202-336-9273 |

[NTC For Information Only]
(see above)

**CERTIFICATE OF SERVICE**

On March 13, 2020, the foregoing document was served electronically through the Court's CM/ECF system on all registered counsel.

*/s/ Linda B. Secord*
LINDA B. SECORD